UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 07-80974-CIV-HURLEY/LYNCH

KENNETH GERSON,

    Plaintiff,

v.

MICHAEL J. ASTRUE,
Commissioner of Social
Security Administration,

    Defendant.
_____/



FILED by ___ D.C.

DEC 23 2008

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - FT. PIERCE

### REPORT AND RECOMMENDATION ON PLAINTIFF'S APPLICATION FOR AWARD OF ATTORNEY'S FEES [D.E. #32]

**THIS CAUSE** having come on to be heard by Order of Reference from the Honorable Daniel T. K. Hurley upon the aforementioned Application For Award of Attorney's Fees and this Court having reviewed the motion and the Commissioner's response, and otherwise being fully advised, recommends to the District Court as follows:

    1.    Plaintiff's counsel requests attorney's fees in the amount of $1,036.80 which represents 6 hours of attorney's time at $172.80 per hour.

    2.    The Commissioner's response states that he does not object to the number of hours claimed or the hourly rate. However, the Commissioner does object to Plaintiff's counsel's request that payment under the EAJA be made directly to counsel.

    3.    This Court finds the time spent and the hourly rate to be reasonable, and that the amount of $1,036.80 is to be awarded to the Plaintiff directly. See Reeves v. Astrue, 526 F.3d 732 (11th Cir. 2008). This Court sees no reason to depart from the statutory

standard in awarding these fees. This Court will leave whatever arrangements counsel and the Plaintiff have made for them to carry out on their own.

**ACCORDINGLY,** this Court recommends to the District Court that the Plaintiff's Application For Award Of Attorney's Fees [D.E. #32] be **GRANTED** IN PART, and the Plaintiff Kenneth Gerson be awarded the sum of $1,036.80 for reasonable attorney's fees.

The parties shall have ten (10) days from the date of this Report and Recommendation within which to file objections, if any, with the Honorable Daniel T. K. Hurley, United States District Judge assigned to this case.

**DONE AND SUBMITTED** this _23_ day of December, 2008, at Fort Pierce, Northern Division of the Southern District of Florida.

FRANK J. LYNCH, JR.
UNITED STATES MAGISTRATE JUDGE

Copies furnished:
AUSA Lawrence N. Rosen
Luis A. Segarra, Esq.