UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 07-80974-CIV-HURLEY/LYNCH

KENNETH GERSON,
    Plaintiff,
v.

MICHAEL J. ASTRUE,
Commissioner of Social Security Administration,
    Defendant.
_____/

**ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION
ON PLAINTIFF'S APPLICATION FOR AWARD OF ATTORNEY'S FEES
& FINAL JUDGMENT ON ATTORNEY'S FEES**

    **THIS CAUSE** is before the court upon the plaintiff's motion for award of attorney's fees [DE# 32]. This matter was previously referred to United States Magistrate Judge Frank J. Lynch, Jr., pursuant to 28 U.S.C. §§ 636-39 and Rule 72 of the Federal Rules of Civil Procedure, for a recommended disposition.

    On December 26, 2008, Magistrate Judge Lynch filed a Report and Recommendation upon the motion. [DE# 35]. Neither party has since filed any objection to the Report.

    Having carefully reviewed the report, the court finds the resolution of issues as recommended by Magistrate Judge Lynch to be sound and well-reasoned and accordingly adopts them here.

1

Case No.: 07-80974- CIV-HURLEY
Order Adopting Magistrate's Report and Recommendation

It is therefore **ORDERED** and **ADJUDGED** as follows:

1. Magistrate Judge Lynch's December 26, 2008 report and recommendation [DE# 35] is hereby **ADOPTED** and **INCORPORATED** in full.

2. The plaintiff's motion for attorneys' fees is **GRANTED**, and plaintiff Kenneth Gerson shall take and recover from defendant Michael J. Astrue, Commissioner of the Social Security Administration, the total sum of **$1,036.80** in reasonable attorney's fees for which let execution issue.

**DONE** and **SIGNED** in Chambers at West Palm Beach, Florida this 30 day of January, 2009.

Daniel T. K. Hurley
United States District Judge

Copies furnished to:
United States Magistrate Judge Frank J. Lynch, Jr.
All counsel

2